# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>3807 N. Oakland Gravel Road, Columbia, Missouri<br>(More particularly described in Attachment A) | ) ) ) ) ) ) ) Case No. 19-3047-SW-WJE |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Missouri   
*(identify the person or describe the property to be searched and give its location)*:

3807 N. Oakland Gravel Road, Columbia, Missouri (More particularly described in Attachment A).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    April 23, 2019    *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Willie J. Epps, Jr.   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    04/11/2019 8:35 am              *Judge's signature*

City and state:    Jefferson City, Missouri           Willie J. Epps, Jr., United States Magistrate Judge
                                                           *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-3047-SW-WJE | 04/12/2019 @ 9:00 A.M. | CHRISTINA KASTER |

Inventory made in the presence of: SA JON TUCKER / ERT

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED FD-597 RECEIPT FOR PROPERTY SEIZED.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/15/2019

*Executing officer's signature*

CURTIS J. BRYANT    SA/FBI
*Printed name and title*

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property    Received/Returned/Released/Seized

File #: 286C-KC-3063418

On (date)    4/12/2019

item(s) listed below were:
☐ Received From
☐ Received To
☐ Released To
☒ Seized

(Name)              Christina Kaster
(Street Address)    3807 N Oakland Gravel Road
(City)              Columbia, MO

## Description of Item(s):

| | |
|---|---|
| Ruger Model #: 1911, Serial #: 670-41064, Country: USA, .45 cal |
| Ruger Model #: LC9s, Serial #: 328-81023, country: USA, 9mm |
| 2 magazines and ammunition, 5 .45 cal live cartridge casings, 7 9mm live cartridge casings, 1 12 ga live shot shell |
| Mossberg 12 ga shotgun, Model #: 500A, Serial #: T230585 |
| 6 12 ga live shot shells |
| Envelope from Wesley Kaster, Cole County Jail |
| Envelope and letter from Wesley Kaster, Cole County Jail |
| Ammunition, 41 38 special live cartridge casings, 3 12 ga live shot shells |
| Mosin Nagant 7.62 mm, Serial #: T127887, Country: USSR |
| Ruger 5.56mm, Model #: SR556, Serial #: 591-09731, Country: USA |
| Sturm Ruger, Model: Ranch Rifle, 7.62mm x 39, Serial #: 581-33768, Country: USA |
| Springfield Armory, 308 cal, Model: SOCOM II, Serial: 204652, Country: USA |
| 1 magazine with 19 308 live cartridge casings |
| Ruger, Model #: 10/22 carbine 22 cal LR, Serial #: 257-09493, Country: USA |
| Ammunition, 5 22 cal live cartridge casings |
| Leinad Inc., Model: D, .45 cal, Serial #: K00009948 |
| 3 mags w/.308cal rounds, 3 mags w/.223cal rounds, 1 mag w/ .22cal rounds, 1 loose .223cal round, 1 loose 7.62mm round, 1 loose .308cal round, 7 loose 9mm rounds, 10 .45cal rounds, 1 .22cal round |
| Ruger, Model: MKIII, .22 cal LR, Serial #: 270-57230, Country: USA |

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property    Received/Returned/Released/Seized

**File #: 286C-KC-3063418**

| |
|---|
| 4 magazines with .22 cal LR live cartridge casings |
| 18 boxes of .223cal rounds, 20 boxes of .22cal LR rounds, 11 boxes 12 ga shot shells, 3 boxes 9mm rounds, 7 boxes 00 buckshot, 2 boxes of .410cal rounds, 30 boxes 7.62mm rounds, 1 box 5.56cal rounds |
| 1 clear bag of 34 loose .45cal rounds, 1 mag of .45cal rounds, and 1 loose 12 ga shotshell; 34 boxes of 12 ga shotshells; 3 sleeves of 7.62mm rounds, 2 boxes of .223cal rounds, 1 box of 7.62mm rounds, 3 boxes of 00 buckshot, 6 boxes of .410 000 buckshot |
| 23 boxes .45cal live cartridge casings |
| 1 loose 9mm live cartridge casing |
| Wooden box with possible drugs and paraphernalia |
| Glass container with possible drug oil |
| Plastic container with black and white cable ties |
| Copper wire |
| Package with black cable ties |
| 7 glass jars with possible drug residue, 3 ziplock bags with possible drug residue, 1 metal grinder with possible drug residue, 1 plastic jar with possible drug residue, 1 plastic grinder with possible drug residue |
| 1 CD titled "Strain Hunters", 1 plastic container labeled "4X Gluten Free Chocolate Chip Cookie Pack" |
| Ammo belt with 50 12 ga live shot shells |
| Vector Arms, Model #: HR4332, 9mm, Serial #: 503542, Country: USA |
| 12 magazines with 9mm live cartridge casings, 2 boxes of 9mm live cartridge casings, 1 black sling |
| 21 loose .410 rounds in clear bag, 2 boxes of 9mm rounds, 3 boxes and 1 clear bag of .223 rounds, 1 box of .45 cal rounds, 1 magazine of .223 rounds, 1 magazine of 7.62mm rounds |
| 2 clay pots with possible drug plants, 1 labeled "$ maker", 1 labeled "white widow" |
| 1 clay pot with possible drug plant labeled "gorilla bomb" |
| Hygro-Thermometer |
| Plug-in timer |
| Plug-in light |
| Light ballast |
| Loose 9mm live cartridge casings, 1 magazine of .45 cal live cartridge casings |
| Type written letter in room D |
| Possible drug paraphernalia |

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property　　Received/Returned/Released/Seized

**File #: 286C-KC-3063418**

| |
|---|
| 1 grinder with possible drug residue, glass pipe with possible drug residue, plastic container with possible drug residue, wooden item with possible drug residue, plastic bag with pipe and possible drug residue |
| 21 packages of 7.62 x 54mm bulk ammo |
| Not collected |
| 2 pieces of copper wire |
| Lights with fan |

**Received By** Christina Kaster　　**Received From** _[signature]_

(signature) _[signature]_　　(signature) _[signature]_